# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132376

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTONIO GARCIA-DORANTES,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132376
COA: 269176
Kent CC: 00-011664-FC

On order of the Court, the application for leave to appeal the October 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

p0122